# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WAKAJA HARDEN,<br><br>        Defendant. | 8:09CR205<br><br>**ORDER** |

    Defendant Wakaja Harden appeared before the court on June 13, 2018 on a Petition for Offender Under Supervision [76]. The defendant was represented by Federal Public Defender David R. Stickman, and the United States was represented by Special Assistant U.S. Attorney Erin R. Eldridge. The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision with an added condition.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

    **IT IS ORDERED:**

    1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 14, 2018, at 10:30 a.m. The defendant must be present in person.

    2. The defendant is released on current conditions of supervision with the added condition that he obtain a chemical dependency evaluation within 30 days.

    Dated this 14th day of June, 2018.

                                                        BY THE COURT:

                                                        s/ Susan M. Bazis
                                                        United States Magistrate Judge